SHEBOYGAN COUNTY, Respondent, vs. TOWN OF SHEBOYGAN FALLS, Appellant.

*February 22—March 10, 1908.*

*Support of pauper: Sufficiency of evidence.*

In an action to recover money paid for the support of a pauper alleged to have a legal settlement in defendant town, there being credible evidence to support the finding of the jury that the money furnished by the defendant was received by recipient as a pauper, the verdict will not be disturbed.

APPEAL from a judgment of the circuit court for Sheboygan county: MICHAEL KIRWAN, Circuit Judge. *Affirmed.*

The cause was submitted for the appellant on the brief of *Francis Williams,* and for the respondent on that of *Edward Voigt,* district attorney.

KERWIN, J. The town of Plymouth, in this state, furnished aid to one Christina Bade and presented a bill to the plaintiff, which was paid. The plaintiff then brought this action against the defendant, claiming that Christina Bade was a pauper of defendant town. The case was here on former appeal, and reversed and sent back for a new trial on the ground that all the issues had not been passed upon by the jury. *Sheboygan Co. v. Sheboygan Falls,* 130 Wis. 93, 109 N. W. 1030. A special verdict was returned on the last trial below and all the issues found by the jury in favor of the plaintiff, and the only question before us upon this appeal is whether the verdict is supported by the evidence.

The rule is well established in this court that if there is any credible evidence to support a verdict it cannot be disturbed. After a careful examination of the evidence we cannot say that the verdict is unsupported by the evidence. Therefore the judgment must be affirmed.

*By the Court.*—The judgment is affirmed.